COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Paula Tomasi

Appellate case number:     01-15-00276-CV

Trial court case number:    2012-03438

Trial court:                   245th District Court of Harris County

On March 26, 2015, relator, Paula Tomasi, filed a petition for writ of mandamus requesting an order requiring the trial court to rule on a motion relator filed in the trial court. The Court requests that the real party in interest, Diego David Tomasi, respond to the petition for writ of mandamus. It is **ordered** that the real party in interest file its response on or before April 15, 2015.

It is so ORDERED.


Judge's signature: /s/ <u>Jane Bland</u>
                     ☒   Acting individually

Date: March 26, 2015